JOHN J. JORDAN, ESQ. (State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel:  (415) 391-4814
Fax:  (415) 391-4309
Email:jjordanesq@aol.com

Counsel for Defendant
HARRISON LAMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0006-VC |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO ORDER DISCLOSURE OF NEW BRIDGE RECORDS** |
| vs. | |
| HARRISON LAMON, | |
| Defendant. | HON. VINCE CHHABRIA |

**INTRODUCTION**

The defendant, HARRISON LAMON, through counsel of record, John J. Jordan, hereby moves this Court for an Order directing the New Bridge Foundation's custodian of records to release a copy of the records of the defendant's treatment at the New Bridge Foundation to defense counsel, for the purpose of providing the records to court-appointed psychologist Dr. John Shields, for his use in preparing a sentencing report for the Court.

1. On November 29, 2016, the defendant was charged by complaint with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2); and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).  CR 1.

2. On December 23, 2016, the defendant was released on bond, with a condition that he enter treatment at the New Bridge Foundation, 2323 Hearst Ave, Berkeley, CA 94709.

3. On January 6, 2017, a three count Superseding Information was filed in the Northern District of California, charging Lamon with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) (count one); distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2) (count two); and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (count three).  CR 1.

4. On April 24, 2017, Lamon pled guilty to all three counts of the Superseding Information, pursuant to a written plea agreement with the government.   CR 24, 25. Sentencing is now set for the defendant on September 16, 2018. CR 50.  The defendant has successfully completed a six month program at New Bridge and is currently in transitional housing.

5. Subsequent to Lamon's plea, the Court authorized the appointment of defense expert Dr. John Shields, a forensic psychologist, to prepare a report for use at sentencing.

6. Dr. Shields has requested access to Lamon's records while at New Bridge, to assess his progress under therapy and other treatment for the past year and a half.

7. Counsel for Lamon requested production of the records pursuant to a signed medical release by the defendant, but New Bridge has informed counsel that Lamon's status as a United States pre-trial release patient requires approval by the Court for release of the records.

8. On June 26, 2018, counsel for Lamon spoke with U.S. Pretrial Services Officer K.J. Gibson, who confirmed that the Court policy for someone receiving drug and/or psychiatric treatment as a condition of pre-trial release is it that a court order would be needed for the release of the records.  Officer Gibson informed counsel that his office takes no position on counsel's request for this order.

9. On June 26, 2018, counsel for Lamon spoke with AUSA Karen Kreuzkamp, who informed counsel that she believed it was necessary for Dr. Shields to be able to review the defendant's activities for the past 18 months and so joins in this motion.

10. Disclosure here would thus be appropriate in the interest of justice, particularly as the records sought pertain only to the defendant, and he has already provided a medical release form

1  to New Bridge.

2      11. A proposed order is attached to this motion.

3      Accordingly, defendant Lamon moves for an Order directing the New Bridge Foundation's custodian of records to release a copy of the records of the defendant's treatment at the New Bridge Foundation to defense counsel of record John J. Jordan, for the purpose of providing the records to court-appointed psychologist Dr. John Shields, for his use in preparing a sentencing report for the Court.

DATED: June 27, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ John J. Jordan*
　　　　　　　　　　　　　　　　　　　　JOHN J. JORDAN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　HARRISON LAMON

Motion to Disclose Newbridge Records　　　3